Sloan R. Simmons, SBN 233752
Alyssa R. Bivins, SBN 308331
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

Attorneys for Defendants
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,
JORGE A. AGUILAR, CHRISTINE A. BAETA, JESSIE RYAN,
DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI,
LETICIA GARCIA, CHRISTINA PRITCHETT, MAI VANG,
and BOARD OF EDUCATION OF SACRAMENTO CITY
UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK PARALLEL SCHOOL BOARD et al., | Case No. 2:19-cv-01768-TLN-KJN |
| Plaintiffs, | **SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT et al., | (L.R. 144) |
| Defendants. | |

Second Stip. for Extension of Time to
Respond to Complaint; Order

Black Parallel School Bd. et al. v. SCUSD et al.
Case No. 2:19-cv-01768-TLN-KJN

Plaintiffs Black Parallel School Board et al., ("Plaintiffs") and Defendants Sacramento City Unified School District et al., ("Defendants") (collectively herein, "Parties"), through their respective counsel of record, agree as follows:

1. WHEREAS, Plaintiffs filed their Compliant and initiated the instant action on September 5, 2019 (Document No. 2);

2. WHEREAS, Plaintiffs served Defendants with its Complaint on September 10, 2019, and filed the related Proof of Service on October 17, 2019 (Document No. 7);

3. WHEREAS, on September 24, 2019, the Parties stipulated to an extension of time for Defendants to respond to Plaintiffs' Complaint, extending said deadline to October 22, 2019 (Document No. 5);

4. WHEREAS, the Parties are presently engaged in communications to negotiate a stay of this litigation for a designated period of time in order for the Parties to participate in good faith negotiations to seek global resolution of this action, and thereby efficiently preserving the Parties' and the Court's time and resources; and

5. THEREFORE, the Parties hereby stipulate and request that the Court further continue the deadline for Defendants to respond to Plaintiffs' Complaint twenty-eight (28) days, to November 19, 2019.

IT IS SO STIPULATED.

Dated: October 21, 2019                                   Respectfully Submitted,

**LOZANO SMITH**

/s/ Sloan R. Simmons
SLOAN R. SIMMONS
ALYSSA R. BIVINS
Attorneys for Defendants
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, JORGE A. AGUILAR, CHRISTINE A. BAETA, JESSIE RYAN, DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI, LETICIA GARCIA, CHRISTINA PRITCHETT, MAI VANG, and BOARD OF EDUCATION OF SACRAMENTO CITY UNIFIED SCHOOL DISTRICT

Second Stip. for Extension of Time to Respond to Complaint; Order

- 2 -

Black Parallel School Bd. et al. v. SCUSD et al.
Case No. 2:19-cv-01768-TLN-KJN

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433  Fax 916-329-9050

Dated: October 21, 2019

**EQUAL JUSTICE SOCIETY
DISABILITY RIGHTS CALIFORNIA
NATIONAL CENTER FOR YOUTH LAW
WESTERN CENTER ON LAW AND
POVERTY**

/s/ Mona Tawatao (as authorized on 10/21/19)
MONA TAWATAO
Attorney for Plaintiffs
BLACK PARALLEL SCHOOL BOARD, S.A., by and through his Next Friend, AMY A., K.E., by and through his Next Friend, JENNIFER E., and C.S., by and through his General Guardian, SAMUEL S.

Second Stip. for Extension of Time to
Respond to Complaint; Order

- 3 -

Black Parallel School Bd. et al. v. SCUSD et al.
Case No. 2:19-cv-01768-TLN-KJN

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433 Fax 916-329-9050

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the deadline for Defendants to respond to the Complaint shall be further extended twenty-eight (28) days, to November 19, 2019.

**IT IS SO ORDERED.**

Dated: October 21, 2019

_____
Troy L. Nunley
United States District Judge

Second Stip. for Extension of Time to
Respond to Complaint; Order

- 4 -

Black Parallel School Bd. et al. v. SCUSD et al.
Case No. 2:19-cv-01768-TLN-KJN