# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK PARALLEL SCHOOL BOARD; S.A., by and through his Next Friend, AMY A.; K.E., by and through his Next Friend, JENNIFER E.; C.S., by and through his General Guardian, SAMUEL S.; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; JORGE A. AGUILAR, Superintendent for Sacramento City Unified School District; CHRISTINE A. BAETA, Chief Academic Officer for the Sacramento City Unified School District; JESSIE RYAN, DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI, LETICIA GARCIA, CHRISTINA PRITCHETT, and MAI VANG, members of the Sacramento City Unified School District Board of Education; THE BOARD OF EDUCATION OF SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | CASE NO. 2:19-CV-01768-TLN-KJN<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED USING FICTITIOUS INITIALS AND NAMES**<br><br>Hon. Troy L. Nunley |

Good cause appearing and there being no apparent prejudice to Defendants, the Court HEREBY GRANTS Plaintiff's Unopposed Motion to Proceed Using Fictitious Initials and Names. Plaintiffs S.A., K.E., and C.S. are minors who are afforded privacy pursuant to Federal Rule of Civil Procedure 5.2. Plaintiffs have shown good cause to proceed in this matter using fictitious initials to protect highly sensitive information regarding their medical and mental health during the course of litigation and to avoid inadvertent public disclosures or deductions of their identities. Because disclosing Plaintiffs' respective parent and/or guardian names could be tantamount to revealing the minors' identities, S.A.'s, K.E.'s, and C.S.'s guardians may also proceed in this matter using fictitious names.

IT IS THEREFORE ORDERED that:

1. The minor Plaintiff identified as S.A. may proceed in this matter using those fictitious initials. Subject to the Court's review and approval of S.A.'s forthcoming Guardian ad Litem application, S.A.'s mother may proceed in this matter using the fictitious name "Amy A."

2. The minor Plaintiff identified as K.E. may proceed in this matter using those fictitious initials. Subject to the Court's review and approval of K.E.'s forthcoming evidence of general guardian pursuant to Local Rule 202(a)(1), K.E.'s godmother and guardian may proceed in this matter using the fictitious name "Jennifer E."

3. The minor Plaintiff identified as C.S. may proceed in this matter using those fictitious initials. Subject to the Court's review and approval of C.S.'s forthcoming evidence of general guardian pursuant to Local Rule 202(a)(1), C.S.'s grandfather and guardian may proceed in this matter using the fictitious name "Samuel S."

4. All Parties are ordered to use these fictitious initials and names in all public filings.

IT IS SO ORDERED.

Dated: November 5, 2019

Troy L. Nunley
United States District Judge

Case No. 2:19-CV-01768-TLN-KJN
ORDER APPROVING PLAINTIFFS' UNOPPOSED MOTION TO PROCEED USING FICTITIOUS INITIALS AND NAMES    1