MONA TAWATAO (SBN: 128779)
**Equal Justice Society**
1939 Harrison Street, Suite 818
Oakland, California 94612
Telephone: (415) 288-8700
Facsimile: (510) 338-3030
Email: mtawatao@equaljusticesociety.org

CARLY J. MUNSON (SBN: 254598)
BRIDGET CLAYCOMB (SBN: 312001)
LAUREN LYSTRUP (SBN: 326849)
**Disability Rights California**
1831 K Street
Sacramento, California 95811
Telephone: (916) 504-5800
Facsimile: (916) 504-5801
Email: carly.munson@disabilityrightsca.org
       bridget.claycomb@disabilityrightsca.org
       lauren.lystrup@disabilityrightsca.org

MICHAEL HARRIS (SBN: 118234)
**National Center for Youth Law**
405 14th Street, Floor 15
Oakland, California 94612
Telephone: (510) 835-8098
Facsimile: (410) 835-8099
Email: mharris@youthlaw.org

ANTIONETTE DOZIER (SBN: 244437)
RICHARD ROTHSCHILD (SBN: 67356)
**Western Center on Law and Poverty**
3701 Wilshire Boulevard, Suite 208
Los Angeles, California 90010
Telephone: (213) 487-7211
Facsimile: (213) 487-0242
Email: adozier@wclp.org
       rrothschild@wclp.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLACK PARALLEL SCHOOL BOARD; S.A., by and through his Next Friend, AMY A.; K.E., by and through his Next Friend, JENNIFER E.; C.S., by and through his General Guardian, SAMUEL S.; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; JORGE A. AGUILAR, Superintendent for Sacramento City Unified School District; CHRISTINE A. BAETA, Chief Academic Officer for the Sacramento City Unified School District; JESSIE RYAN, DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI, LETICIA GARCIA, CHRISTINA PRITCHETT, and MAI VANG, members of the Sacramento City Unified School District Board of Education; THE BOARD OF EDUCATION OF SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | CASE NO. 2:19-CV-01768-TLN-KJN<br><br>**ORDER APPROVING SAMUEL S. AS MINOR PLAINTIFF C.S.'S GENERAL GUARDIAN PURUSANT TO FED. R. CIV. P. 17(C)(1) AND LOCAL RULE 202(a)(1)**<br><br>Hon. Troy L. Nunley |

The Court, having considered Plaintiff's Notice of Samuel S.'s Guardianship of Minor Plaintiff C.S. (ECF No. 12) hereby finds that C.S. has brought this matter through an appointed legal representative, Samuel S., in accordance with Fed. R. Civ. P. 17(c)(1) and Local Rule 202(a)(1).

IT IS THEREFORE ORDERED that Samuel S., as C.S.'s court-appointed guardian, may maintain this action on his behalf pursuant to Fed. R. Civ. P. 17(c)(1). If Samuel S.'s guardianship is terminated before C.S. attains the age of majority, C.S. shall notify the Court of the change in guardianship status within thirty (30) days of the termination and shall seek appointment of a proper replacement representative.

IT IS SO ORDERED.

Dated: November 5, 2019

Troy L. Nunley
United States District Judge