| | |
|---|---|
| MONA TAWATAO (SBN: 128779)<br>**Equal Justice Society**<br>1939 Harrison Street, Suite 818<br>Oakland, California 94612<br>Telephone: (415) 288-8700<br>Facsimile: (510) 338-3030<br>Email: mtawatao@equaljusticesociety.org | CARLY J. MUNSON (SBN: 254598)<br>BRIDGET CLAYCOMB (SBN: 312001)<br>LAUREN LYSTRUP (SBN: 326849)<br>**Disability Rights California**<br>1831 K Street<br>Sacramento, California 95811<br>Telephone: (916) 504-5800<br>Facsimile: (916) 504-5801<br>Email: carly.munson@disabilityrightsca.org<br>      bridget.claycomb@disabilityrightsca.org<br>      lauren.lystrup@disabilityrightsca.org |
| MICHAEL HARRIS (SBN: 118234)<br>**National Center for Youth Law**<br>405 14th Street, Floor 15<br>Oakland, California 94612<br>Telephone: (510) 835-8098<br>Facsimile: (410) 835-8099<br>Email: mharris@youthlaw.org | ANTIONETTE DOZIER (SBN: 244437)<br>RICHARD ROTHSCHILD (SBN: 67356)<br>**Western Center on Law and Poverty**<br>3701 Wilshire Boulevard, Suite 208<br>Los Angeles, California 90010<br>Telephone: (213) 487-7211<br>Facsimile: (213) 487-0242<br>Email: adozier@wclp.org<br>      rrothschild@wclp.org |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLACK PARALLEL SCHOOL BOARD; S.A., by and through his Next Friend, AMY A.; K.E., by and through his Next Friend, JENNIFER E.; C.S., by and through his General Guardian, SAMUEL S.; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; JORGE A. AGUILAR, Superintendent for Sacramento City Unified School District; CHRISTINE A. BAETA, Chief Academic Officer for the Sacramento City Unified School District; JESSIE RYAN, DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI, LETICIA GARCIA, CHRISTINA PRITCHETT, and MAI VANG, members of the Sacramento City Unified School District Board of Education; THE BOARD OF EDUCATION OF SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | CASE NO.  2:19-CV-01768-TLN-KJN<br><br><br><br>**ORDER GRANTING MOTION TO APPOINT AMY A. AS  NEXT FRIEND, OR, IN THE ALTERNATIVE, GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.A. PURUSANT TO FED. R. CIV. P. 17(C)(2)**<br><br>Complaint filed: September 5, 2019<br><br>Hon. Troy L. Nunley |

| | |
|---|---|
| 1 | Having considered the Plaintiffs' Motion to Appoint Amy A. as Next Friend, or in the |
| 2 | alternative, Guardian ad Litem for Minor Plaintiff S.A. (ECF No. 16), and the Declaration of |
| 3 | Amy A. in support thereof (ECF No. 16-1), the Court hereby finds that Amy A. meets the criteria |
| 4 | to represent her son, S.A., in this matter as his Guardian ad Litem. Accordingly, Plaintiff S.A.'s |
| 5 | Motion is GRANTED and the Court appoints Amy A. as S.A.'s Guardian ad Litem in this action. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: November 5, 2019 |

Troy L. Nunley
United States District Judge