Sloan R. Simmons, SBN 233752
Alyssa R. Bivins, SBN 308331
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

Attorneys for Defendants
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,
JORGE A. AGUILAR, CHRISTINE A. BAETA, JESSIE RYAN,
DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI,
LETICIA GARCIA, CHRISTINA PRITCHETT, MAI VANG,
and BOARD OF EDUCATION OF SACRAMENTO CITY
UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK PARALLEL SCHOOL BOARD et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SACRAMENTO CITY UNIFIED SCHOOL DISTRICT et al., <br><br> Defendants. | Case No. 2:19-cv-01768-TLN-KJN <br><br> **THIRD STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> **(L.R. 144)** |

THIRD STIP. RE: TO EXTEND TIME TO RESPOND TO COMPL.

Black Parallel School Bd. et al. v. SCUSD et al.
Case No. 2:19-cv-01768-TLN-KJN

Plaintiffs Black Parallel School Board et al., ("Plaintiffs") and Defendants Sacramento City Unified School District ("District") et al., ("Defendants") (collectively herein, "Parties"), through their respective counsel of record, agree as follows:

1. WHEREAS, Plaintiffs filed their Compliant and initiated the instant action on September 5, 2019 (Document No. 1);

2. WHEREAS, Plaintiffs served Defendants with its Complaint on September 10, 2019, and filed the related Proof of Service on October 17, 2019 (Document No. 7);

3. WHEREAS, shortly after Plaintiffs' service of the Complaint, the Parties engaged in communications to negotiate a stay of this litigation for a designated period of time in order for the Parties to participate in good faith negotiations to seek global resolution of this action, and thereby efficiently preserving the Parties' and the Court's time and resources;

4. WHEREAS, on September 24, 2019, as the Parties' communications as described in paragraph 3 continued to make progress and were ongoing, the Parties stipulated to an extension of time for Defendants to respond to Plaintiffs' Complaint, extending said deadline to October 22, 2019 (Document No. 5);

5. WHEREAS, on October 21, 2019, as the Parties communications as described in paragraph 3 continued to make and progress and were ongoing, the Parties stipulated to a second extension of time for Defendants to respond to Plaintiffs' Complaint and sought Court-approval of same, which the Court ordered and approved on October 21, 2019 (Document Nos. 10, 11);

6. WHEREAS, since October 21, 2019, the Parties have continued to engage in communications to negotiate a stay of this litigation for a designated period of time in order for the Parties to participate in good faith negotiations to seek global resolution of this action, and thereby efficiently preserving the Parties' and the Court's time and resources through the present date, and are nearing a final agreement in order to accomplish this stated purpose;

7. WHEREAS, the Defendants have informed the Plaintiffs that, due to a ransomware attack on the District's email system, which commenced on Friday November 1, 2019, and which shut down the District's email system and/or made emails inaccessible for most or all District staff through as late as November 7 or 8, 2019, thus impacting communications between the District and its counsel in relation

to the Parties discussions described herein, the Parties experienced unexpected delays in finalizing the terms of any agreement to stay this litigation for a designated period of time in order for the Parties to participate in good faith negotiations to seek global resolution of this action, and to do so in advance of November 19, 2019;

8. WHEREAS, the Parties acknowledge that the Court's Standing Order directs that requests to extend a deadline must be submitted at least seven (7) days in advance of said deadline, and that this stipulation is outside of the seven-day deadline before the present November 19, 2019 deadline for the Defendants to respond to the Complaint, but that the Parties believe a further extension of the deadline for the Defendants to respond to the Complaint will permit the parties to finalize terms for a stay of this litigation in order to seek global resolution, as described in paragraph 3; and

5. THEREFORE, the Parties hereby stipulate and request that the Court further continue the deadline for Defendants to respond to Plaintiffs' Complaint thirty-one (31) days, to December 20, 2019. The Parties intend to complete their instant negotiations, described above, prior to this date and do not anticipate seeking any further extensions for this purpose.

IT IS SO STIPULATED.

Dated: November 15, 2019

Respectfully Submitted,

**LOZANO SMITH**

/s/ Sloan R. Simmons
SLOAN R. SIMMONS
ALYSSA R. BIVINS
Attorneys for Defendants
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, JORGE A. AGUILAR, CHRISTINE A. BAETA, JESSIE RYAN, DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI, LETICIA GARCIA, CHRISTINA PRITCHETT, MAI VANG, and BOARD OF EDUCATION OF SACRAMENTO CITY UNIFIED SCHOOL DISTRICT

Dated: November 15, 2019

**EQUAL JUSTICE SOCIETY
DISABILITY RIGHTS CALIFORNIA
NATIONAL CENTER FOR YOUTH LAW
WESTERN CENTER ON LAW AND
POVERTY**

/s/ Mona Tawatao (as authorized on 11/15/19)
MONA TAWATAO
Attorney for Plaintiffs
BLACK PARALLEL SCHOOL BOARD, S.A., by and through his Next Friend, AMY A., K.E., by and through his Next Friend, JENNIFER E., and C.S., by and through his General Guardian, SAMUEL S.

THIRD STIP. RE: TO EXTEND OF TIME TO RESPOND TO COMPL.

- 4 -

Black Parallel School Bd. et al. v. SCUSD et al.
Case No. 2:19-cv-01768-TLN-KJN

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the deadline for the District to respond to the Complaint shall be further extended thirty-one (31) days, to December 20, 2019.

**IT IS SO ORDERED.**

Dated: November 18, 2019

Troy L. Nunley
United States District Judge

THIRD STIP. RE: TO EXTEND OF TIME TO RESPOND TO COMPL.

- 5 -

Black Parallel School Bd. et al. v. SCUSD et al.
Case No. 2:19-cv-01768-TLN-KJN