Sloan R. Simmons, SBN 233752
Alyssa R. Bivins, SBN 308331
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

Attorneys for Defendants
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,
JORGE A. AGUILAR, CHRISTINE A. BAETA, JESSIE RYAN,
DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI,
LETICIA GARCIA, CHRISTINA PRITCHETT, MAI VANG,
and BOARD OF EDUCATION OF SACRAMENTO CITY
UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK PARALLEL SCHOOL BOARD et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SACRAMENTO CITY UNIFIED SCHOOL DISTRICT et al., <br><br> Defendants. | Case No. 2:19-cv-01768-TLN-KJN <br><br> **STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR PARTIES TO FILE INITIAL JOINT STATUS REPORT** <br><br> **(L.R. 144)** |

STIP. RE: TO EXTEND TIME TO FILE  
INTIAL STATUS REPORT

Black Parallel School Bd. et al. v. SCUSD et al.  
Case No. 2:19-cv-01768-TLN-KJN

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433 Fax 916-329-9050

Plaintiffs Black Parallel School Board et al., ("Plaintiffs") and Defendants Sacramento City Unified School District ("District") et al., ("Defendants") (collectively herein, "Parties"), through their respective counsel of record, agree as follows:

1. WHEREAS, on December 20, 2019, the Court granted the Parties' Joint Application for Stay, staying this litigation for seven months, during which time the Parties intend to seek resolution of this matter consistent with their agreed upon Structured Negotiations Agreement (ECF Doc. 25);

2. WHEREAS, the Court's December 20, 2019 Order directs the Parties to prepare and submit joint status reports every 90 days, and the Parties' initial status report is due March 19, 2020;

3. WHEREAS, the Parties have been diligently preparing their initial status report for the Court, and were on schedule for the filing of same on or before March 19, 2020;

4. WHEREAS, consistent with the Eastern District Court's General Orders 611 and 612, the developments over the past two weeks relating to the novel coronavirus (COVID-19) pandemic have resulted in issuance of guidance and directives from the national, state, and local levels, many of which having direct impacts on the Parties, including but not limited to the closure of the District's schools, and the need for the District and its counsel to respond to urgent issues relating to COVID-19;

5. WHEREAS, the recent developments relating to the novel coronavirus (COVID-19) pandemic, including those occurring only within the past week and up and through today, March 18, 2020, have impeded the Parties' ability to finalize their joint status report for filing on or before March 19, 2020;

6. WHEREAS, the Parties acknowledge that the Court's Standing Order directs that requests to extend a deadline must be submitted at least seven (7) days in advance of said deadline, and that this stipulation is outside of the seven-day deadline before the present March 19, 2020 deadline for the filing of the Parties' initial status report;

///
///
///
///
///

STIP. RE: TO EXTEND OF TO FILE
INITIAL JOINT STATUS REPORT
TLN-KJN

- 2 -

Black Parallel School Bd. et al. v. SCUSD et al.
Case No. 2:19-cv-01768-

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433 Fax 916-329-9050

5. THEREFORE, the Parties hereby stipulate and request that the Court continue the deadline for the Parties' to file their initial status report 14 days to April 2, 2020.

IT IS SO STIPULATED.

Dated: March 18, 2020                              Respectfully Submitted,

**LOZANO SMITH**


/s/ Sloan R. Simmons
SLOAN R. SIMMONS
ALYSSA R. BIVINS
Attorneys for Defendants
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, JORGE A. AGUILAR, CHRISTINE A. BAETA, JESSIE RYAN, DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI, LETICIA GARCIA, CHRISTINA PRITCHETT, MAI VANG, and BOARD OF EDUCATION OF SACRAMENTO CITY UNIFIED SCHOOL DISTRICT

Dated: March 18, 2020                              **EQUAL JUSTICE SOCIETY**
**DISABILITY RIGHTS CALIFORNIA**
**NATIONAL CENTER FOR YOUTH LAW**
**WESTERN CENTER ON LAW AND POVERTY**


/s/ Mona Tawatao (as authorized on 03/18/20)
MONA TAWATAO
Attorney for Plaintiffs
BLACK PARALLEL SCHOOL BOARD, S.A., by and through his Next Friend, AMY A., K.E., by and through his Next Friend, JENNIFER E., and C.S., by and through his General Guardian, SAMUEL S.

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the deadline for the Parties to file their initial joint status report under the Court's December 20, 2019 order is extended 14 days, to April 2, 2020.

**IT IS SO ORDERED.**

Dated: March 19, 2020

_____
Troy L. Nunley
United States District Judge

STIP. RE: TO EXTEND OF TO FILE
INITIAL JOINT STATUS REPORT
TLN-KJN

- 4 -

Black Parallel School Bd. et al. v. SCUSD et al.
Case No. 2:19-cv-01768-