EVA PATERSON (SBN: 67081)
MONA TAWATAO (SBN: 128779)
**Equal Justice Society**
1939 Harrison Street, Suite 818
Oakland, California 94612
Telephone: (415) 288-8700
Facsimile:  (510) 338-3030
Email: epaterson@equaljusticesociety.org
         mtawatao@equaljusticesociety.org

MELINDA BIRD (SBN: 102236)
**Disability Rights California**
350 S. Bixel St., Suite 290
Los Angeles, California 90017
Telephone: (213) 213-8000
Facsimile:  (213) 213-8001
Email: melinda.bird@disabilityrightsca.org

*ATTORNEYS FOR PLAINTIFFS*
(Additional Attorneys Listed on Final Page)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLACK PARALLEL SCHOOL BOARD; S.A., by and through his Next Friend, AMY A.; K.E., by and through his Next Friend, JENNIFER E.; C.S., by and through his General Guardian, SAMUEL S.; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; JORGE A. AGUILAR, Superintendent for Sacramento City Unified School District; CHRISTINE A. BAETA, Chief Academic Officer for the Sacramento City Unified School District; JESSIE RYAN, DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI, LETICIA GARCIA, CHRISTINA PRITCHETT, and MAI VANG, members of the Sacramento City Unified School District Board of Education; THE BOARD OF EDUCATION OF SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. 2:19-cv-01768-TLN-KJN<br><br>**ORDER** |

Order
*Black Parallel School Board et al. v. SCUSD et al.*, Case No. 2:19-cv-01768-TLN-KJN

*ADDITIONAL ATTORNEYS FOR PLAINTIFFS (cont'd. from first page)*

RAMAAH SADASIVAM (SBN: 267156)
BRIDGET CLAYCOMB (SBN: 312001)
LAUREN LYSTRUP (SBN: 326849)
**Disability Rights California**
1330 Broadway, #500
Oakland, California 94612
Telephone: (510) 267-1200
Facsimile:  (510) 267-1201
Email: ramaah.sadasivam@disabilityrightsca.org
         bridget.claycomb@disabilityrightsca.org
         lauren.lystrup@disabilityrightsca.org

MICHAEL HARRIS (SBN: 118234)
ATASI UPPAL (SBN: 330716)
**National Center for Youth Law**
405 14th Street, Floor 15
Oakland, California 94612
Telephone:  (510) 835-8098
Facsimile:   (410) 835-8099
Email: mharris@youthlaw.org
         auppal@youthlaw.org

ANTOINETTE DOZIER (SBN: 244437)
RICHARD ROTHSCHILD (SBN: 67356)
**Western Center on Law and Poverty**
3701 Wilshire Boulevard, Suite 208
Los Angeles, California 90010
Telephone: (213) 487-7211
Facsimile:   (213) 487-0242
Email: adozier@wclp.org
         rrothschild@wclp.org

*ATTORNEYS FOR DEFENDANTS*

SLOAN R. SIMMONS (SBN: 233752)
ALYSSA R. BIVENS (SBN: 308331)
**Lozano Smith**
One Capital Mall, Suite 640
Sacramento, California 94814
Telephone:  (916) 329-7433
Facsimile:   (916) 329-9050
Email: ssimmons@lozanosmith.com
         abivins@lozanosmith.com

Order
*Black Parallel School Board et al. v. SCUSD et al.*, Case No. 2:19-cv-01768-TLN-KJN

## **ORDER**

Pursuant to the foregoing Joint Motion of the Parties, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

(1) This action is temporarily stayed for five more months for all purposes to enable the Parties to focus on and engage in settlement efforts;

(2) While this stay is in effect, the Parties are excused from complying with this Court's Initial Pretrial Scheduling Order (ECF No. 4);

(3) While this stay is in effect, the Defendants are not required to file a responsive pleading until 30 days after any stay in this action is lifted; and

(4) The Parties shall file a status report no later than 75 days from the date of this Order and file a subsequent status report every 75 days thereafter so long as this stay remains in effect unless otherwise ordered by the Court.

.

**IT IS SO ORDERED.**

Dated: January 6, 2021

Troy L. Nunley
United States District Judge