Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

Attorneys for Defendants
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,
JORGE A. AGUILAR, CHRISTINE A. BAETA, JESSIE RYAN,
DARREL WOO, MICHAEL MINNICK, LISA MURAWSKI,
LETICIA GARCIA, CHRISTINA PRITCHETT, MAI VANG,
and BOARD OF EDUCATION OF SACRAMENTO CITY
UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK PARALLEL SCHOOL BOARD et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SACRAMENTO CITY UNIFIED SCHOOL DISTRICT et al., <br><br> Defendants. | Case No. 2:19-cv-01768-DJC-KJN <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Daniel J. Calabretta <br> Courtroom: 10 <br> Action Filed: September 5, 2019 |

TO THE HONORABLE COURT:

THIS IS TO PROVIDE NOTICE that the Parties in the above-captioned matter have reached and entered into a settlement.[1]

As a result, the Parties therefore respectfully request that the Court vacate all pending deadlines or hearings in this matter, including the settlement conference presently scheduled before Magistrate Judge Kendall J. Newman for June 2, 2023.

Pursuant to the parties' settlement, the parties will shortly be filing a stipulation with the Court pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 24, 2023                    Respectfully Submitted,

**LOZANO SMITH**

/s/ Sloan R. Simmons
SLOAN R. SIMMONS
Attorneys for Defendants
SACRAMENTO CITY UNIFIED
SCHOOL DISTRICT et al.

Dated: May 24, 2023                    **EQUAL JUSTICE SOCIETY**

/s/ Mona Tawatao (as authorized on 5/23/2023)
MONA TAWATAO
Attorney for Plaintiffs
BLACK PARALLEL SCHOOL BOARD et al.

Dated: May 24, 2023                    **DISABILITY RIGHTS CALIFORNIA**

/s/ Munmeeth Soni (as authorized on 5/23/2023)
MUNMEETH SONI
Attorney for Plaintiffs
BLACK PARALLEL SCHOOL BOARD et al.

Dated: May 24, 2023                    **NATIONAL CENTER FOR YOUTH LAW**

/s/ Michael Harris (as authorized on 5/23/2023)
MICHAEL HARRIS
Attorney for Plaintiffs
BLACK PARALLEL SCHOOL BOARD et al.

---

[1] The settlement does not include Plaintiff K.E. whom, pursuant to stipulation by the parties, the Court has dismissed from this action without prejudice pursuant to F.R.Cv.P. 41(a)(1)(A)(ii).  See Docket Entry 77, 5/23/2023.

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433  Fax 916-329-9050

Dated: May 24, 2023

**WESTERN CENTER ON LAW AND POVERTY**

/s/ Antoinette Dozier (as authorized on 5/23/2023)
ANTOINETTE DOZIER
Attorney for Plaintiffs
BLACK PARALLEL SCHOOL BOARD et al.

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433  Fax 916-329-9050

Notice of Settlement - 3 - Black Parallel School Bd. et al. v. SCUSD et al.
Case No. 2:19-cv-01768-DJC-KJN