# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK PARALLEL SCHOOL BOARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 2:19-cv-01768-DJC-KJN<br><br>**ORDER OF DISMISSAL**<br><br>**(Fed. R. Civ. P. 41)**<br><br>Judge:        Hon. Daniel J. Calabretta<br>Courtroom:  10<br>Action Filed: September 5, 2019 |

Upon consideration of Parties' Stipulated and Joint Requests, and GOOD CAUSE APPEARING THEREFORE, the Court hereby ORDERS AS FOLLOWS, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure:

1. The Parties' Compromise and Release Agreement ("Agreement") in this matter as an order of the Court and attached hereto as Exhibit 1;

2. The Court hereby retains jurisdiction over this Action for those purposes designated in the Agreement for a period of five (5) years following approval by the parties of the Independent Monitor's Final Action Plan under paragraph D of the Agreement; or until the date by which Defendants fully implement all provisions and fulfill all obligations of the Agreement and any addenda to the same, whichever is earlier; and

3. The Court conditionally dismisses this action without prejudice and orders the action

placed on the inactive docket subject to recall to the active docket should either party move the Court for an order for those purposes designated in the Agreement.

**IT IS SO ORDERED.**

DATED:  May 25, 2023                    /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE